IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 18-00026-KD-MU |
| | ) | |
| VALERIA BROWN, | ) | |
| Defendant. | | |

## ORDER

This action is before the Court on Defendant Valeria Brown's Motion for Sentencing Transcripts (doc. 67). The *pro se* and indigent Defendant moves the Court for her sentencing transcript, at the United States' expense, for her "habeas corpus 2255" (Id.).

The Court of Appeals for the Eleventh Circuit has explained that there must be a "pending proceeding to which the transcripts are relevant." *United States v. Adamson*, 681 Fed. Appx. 824, 827 (11th Cir. 2017). Defendant does not have a motion to vacate pursuant to 28 U.S.C. § 2255 pending before the Court. Therefore, Defendant "is not entitled to copies of transcripts at government expense for the purpose of preparing a collateral attack on a conviction." *Id*. (citations omitted). Accordingly, the Motion is DENIED.

**DONE** and **ORDERED** this 3rd day of April 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**